UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 5:23-cv-01731-JLS-RAO                                      Date: October 24, 2023
Title: Mary A. Kan v. General Motors LLC

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Gabby Garcia | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:
Not Present                                                         Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER DENYING PLAINTIFF'S MOTION TO REMAND (Doc. 16)**

    Before the Court is Plaintiff's motion to remand to state court.  (Mot., Doc. 16.)  Defendant opposed, and Plaintiff replied.  (Opp., Doc. 25; Reply, Doc. 26.)  The Court finds this matter appropriate for decision without oral argument.  *See* Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15.  Accordingly, the hearing set for November 3, 2023 at 10:30 a.m., is VACATED.  For the following reasons, the Court DENIES the Motion.

    Plaintiff's motion to remand contains no substantive argument that this Court lacks diversity jurisdiction; it simply notes that Defendant, as the party that removed, bears the burden of establishing subject-matter jurisdiction.  (*See* Mot., Doc. 16.)  Defendant's opposition, declaration, and exhibits establish that there is both complete diversity between the parties and that diversity jurisdiction's amount-in-controversy requirement is met.  (*See* Opp., Doc. 25 at 2–7; Purchase Agreement, Doc. 26-2; Kuhn Decl., Doc. 26-3 ¶¶ 4–6; Related-Case 26(f) Report, Doc. 26-4 at 2.)

    In its Reply, Defendant raises two arguments for the first time: (1) that Plaintiff "provided no admissible evidence showing the date that Defendant was served with the Complaint"; and (2) that the declaration of a lawyer in Defendant's general counsel's office is insufficient to establish Defendant's citizenship.  (Reply, Doc. 26 at 3–5.)  As an

| **CIVIL MINUTES – GENERAL** | 1 |
|---|---|

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:23-cv-01731-JLS-RAO                                           Date: October 24, 2023
Title:  Mary A. Kan v. General Motors LLC

initial matter, Plaintiff forfeited these arguments.  *Zamani v. Carnes*, 491 F.3d 990, 997 (9th Cir. 2007) ("The district court need not consider arguments raised for the first time in a reply brief.").  In any event, both fail.  First, Defendant attached to its notice of removal a proof of service showing that Defendant received Plaintiff's complaint on August 7, 2023; Defendant did not need to reattach that proof of service when opposing Plaintiff's amorphous motion.  (*See* State Court Documents, Doc. 1-2 at 15.)  Second, "[p]ersonal knowledge can be inferred from an affiant's position" in a company, and the Court assumes that a lawyer in Defendant's general counsel's office is aware of basic corporate-structure facts, including where Defendant's parent corporation is incorporated and has its principal place of business.  *Self-Realization Fellowship Church v. Ananda Church of Self-Realization*, 206 F.3d 1322, 1330 (9th Cir. 2000).

                                                                                            Initials of Deputy Clerk: gga